UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lauren Greaney, : | |
| : | Civil Action No.:  1:10-cv-12126 |
| Plaintiff, : | |
| v. : | |
| : | |
| Oxford Management Services, Inc.; and DOES : | |
| 1-10, inclusive, : | |
| : | |
| Defendant. : | |
| : | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Lauren Greaney ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 11, 2011

    Respectfully submitted,

    By: /s/ Sergei Lemberg

    Sergei Lemberg, Esq.
    BBO No.: 650671
    Lemberg & Associates L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (888) 953-6237
    Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 11, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By  /s/ Sergei Lemberg

                                                  Sergei Lemberg